IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60605
Summary Calendar
_____

JOSE DANIEL GARAY,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70-693-867
--------------------

August 24, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Jose Daniel Garay petitions this court to review an order of the Board of Immigration Appeals ("BIA") dismissing his appeal seeking reversal of an order of deportation denying his applications for political asylum and withholding of deportation. We have reviewed the record and the briefs and determine that the BIA's denials of Garay's applications for asylum and withholding of deportation are supported by substantial evidence. Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994).

        The petition for review is DENIED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.